CATHERINE CORTEZ MASTO
Attorney General
JEFFREY M. CONNER
Deputy Attorney General
Appellate Division
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1200

Attorney for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONRADO B. FIEL, | Case No. 3:11-cv-00277-ECR-(RAM) |
| Petitioner, | ORDER GRANTING |
| vs. | **MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |
| GREGORY SMITH, *et al.*, | |
| Respondents. | |

Respondents, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a thirty (30) day enlargement of time, to and including August 25, 2011, in which to file and serve their answer to petition for writ of habeas corpus.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Affidavit of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

. . .

. . .

. . .

. . .

. . .

. . .

There have been no prior enlargements of Respondents' time to file said answer, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 21st day of July, 2011.

                                               CATHERINE CORTEZ MASTO
                                               Attorney General

                        By:    /s/ Jeffrey M. Conner
                               JEFFREY M. CONNER
                               Deputy Attorney General

IT IS ORDERED GRANTING THE MOTION FOR ENLARGEMENT OF TIME. Respondents shall have until August 25, 2011 to file their response to the Petition for Writ of Habeas Corpus.

DATED this 27th day of July 2011.

*[signature: Edward C. Reed]*

EDWARD C. REED
United States District Judge

Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717