# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CONRADO B. FIEL,

    Petitioner,

vs.

GREGORY SMITH, et al.,

    Respondents.

Case No. 3:11-CV-00277-ECR-(RAM)

**ORDER**

Respondents having submitted a motion for leave to file under seal and <u>in camera</u> submission (#15), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for leave to file under seal and <u>in camera</u> submission (#15) is **GRANTED**.

DATED: October 3, 2011.

_____
EDWARD C. REED
United States District Judge